IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00892-WYD-MEH

JERRY HOFFMAN,

      Plaintiff,

v.

UNITED STUDENT AID FUNDS, INC.; and
PIONEER CREDIT RECOVERY, INC.,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 15, 2007.**

      Plaintiff's unopposed Motion to Amend Scheduling Order [Filed June 12, 2007; Docket #23] is **denied**. The parties have failed to conduct discovery for the past six months, due to ongoing settlement negotiations. While the Court encourages parties to resolve matters short of trial, a complete disregard for discovery deadlines cannot constitute good cause to amend the Scheduling Order.