IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00892-WYD-MEH

JERRY HOFFMAN,

      Plaintiff,

v.

UNITED STUDENT AID FUNDS, INC.; and
PIONEER CREDIT RECOVERY, INC.,

      Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE

      This matter is before the Court on the Joint Motion for Administrative Closure filed June 15, 2007.  The motion asserts that the parties are engaged in serious settlement discussions and that they agree to the administrative closure of this case while such discussions proceed.  Should the case not settle, the motion requests that either party be allowed to reopen the case and proceed forward with litigation.

      The Court, having reviewed the motion and being fully advised in the premises,

      ORDERS that the Joint Motion for Administrative Closure is **GRANTED**.  In accordance therewith, it is

      ORDERS that, pursuant to D.C.COLO.LCivR 41.2, this case is administratively closed subject to reopening for good cause.  A motion to reopen may be filed by either party, subject to D.C.COLO.LCivR 7.1(A), should the parties not be able to agree on a settlement.

Dated: June 15, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge