IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00892-WYD-MEH

JERRY HOFFMAN,

    Plaintiff,

v.

UNITED STUDENT AID FUNDS, INC.; and
PIONEER CREDIT RECOVERY, INC.,

    Defendants.

## **ORDER**

This matter is before the Court on a review of the file.  The case was administratively closed on June 15, 2007.  The parties at that time indicated that they were engaged in serious settlement discussions and that they agreed to the administrative closure of this case while discussions proceeded.  The file indicates that a settlement conference was then held before Magistrate Judge Hegarty on December 7, 2007, and since then the parties have not sought to reopen this case.  Accordingly, it may now be appropriate to dismiss the case.  It is therefore

ORDERED that on or before **Friday, June 27, 2008**, the parties shall file either a stipulation for dismissal or a joint report regarding the status of the administrative closure of this case.  In the event that such a filing is not made by the above deadline, the case shall be dismissed without prejudice and without further notice.

Dated: June 13, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge