IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00892-WYD-MEH

JERRY HOFFMAN,

    Plaintiff,

v.

UNITED STUDENT AID FUNDS, INC.; and
PIONEER CREDIT RECOVERY, INC.,

    Defendants.

## ORDER OF DISMISSAL

This matter is before the Court on a review of the file.  The case was administratively closed on June 15, 2007.  By Order of June 13, 2008, the parties were ordered to file either a stipulation for dismissal or a joint report regarding the status of the administrative closure of this case by June 27, 2008.  The parties were notified in that Order that if such a filing was not made by that deadline, the case would be dismissed without prejudice and without further notice.  No filings were made by either party by that date.

On July 8, 2008, Defendants filed a Status Report indicating that the parties were unable to agree on whether the case should be dismissed with or without prejudice.  It also indicated that while counsel for Plaintiff stated that he would file nothing with the Court absent an agreement and let the Court dismiss the case *sua sponte*, Defendants wanted the case to be dismissed with prejudice for failure to prosecute.  On July 8,

2008, Defendants filed a Motion to Dismiss with Prejudice. The motion seeks to dismiss the case with prejudice pursuant to Fed. R. Civ. P. 41(b) for Plaintiff's failure to prosecute after the parties were unable to reach a settlement. Plaintiff filed a response to the motion to dismiss on July 18, 2008, asserting that the motion to dismiss is untimely and that the case should be dismissed without prejudice. A reply was filed on July 28, 2008.

I find that the case should be dismissed without prejudice. While Defendants complain about Plaintiff's failure to prosecute the case, they took no action to dismiss the case during the past year or so that this case has been administratively closed. Defendants notified the Court of their desire to have the case dismissed with prejudice only after the Court issued its Order to Show Cause. Even then, however, Defendants did not file their status report or their Motion to Dismiss within the time allotted by the Court. Since I advised the parties that the case would be dismissed without prejudice if no filings were made by July 28, 2008, and since no filings were made by that time frame, I feel that a dismissal without prejudice is the proper result in this case.

Accordingly, it is

ORDERED that this case is reopened from administrative closure and **DISMISSED WITHOUT PREJUDICE**.

Dated: July 29, 2008

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
U. S. District Judge